IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN J. FLOWERS, individually and as principle officer of The Ranch, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:11-cv-832-MEF |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.,* | ) ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On September 5, 2012, the Magistrate Judge filed a Recommendation (Doc. #31) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's motion to dismiss is GRANTED.

3. This case is DISMISSED without prejudice.

DONE this the 25th day of September, 2012.

                                                /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE